CASE NUMBER 24-10938-DD

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

United States,

Plaintiff-Appellee

v.

Hassan Jones,

Defendant-Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE
APPELLANT'S INITIAL BRIEF

Kristen Gartman Rogers
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama  36602
(251) 433-0910

Counsel for Defendant-Appellant

# **CERTIFICATE OF INTERESTED PERSONS**

| | | |
|---|---|---|
| USA, | * | |
|     Plaintiff-Appellee | * | |
| v. | * | No. 24-10938-DD |
| Hassan Jones, | * | |
|     Defendant-Appellant | * | |

_____/

I hereby certify that the following persons have an interest in the outcome of this case:

1. Hon. Jeffrey U. Beaverstock, United States District Judge

2. Sean Costello, United States Attorney

3. Colin Fitzpatrick, Assistant Federal Defender, trial counsel for Jones

4. Scott Alan Gray, Assistant United States Attorney, counsel for the United States

5. Hassan D. Jones, Defendant-Appellant

6. Hon. Katherine P. Nelson, United States Magistrate Judge

7. Kristen Gartman Rogers, Assistant Federal Defender, appellate counsel for Jones

8. Justin David Roller, Assistant United States Attorney, trial counsel for the United States

9. Jessica Terrill, Assistant United States Attorney, trial counsel for the United States

10.	Gina Vann, Assistant United States Attorney, trial counsel for the United States

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| USA, | * | |
| Plaintiff-Appellee | * | |
| | * | No. 24-10938-DD |
| v. | * | |
| Hassan Jones, | * | |
| Defendant-Appellant | * | |

_____/

## UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME

## TO FILE APPELLANT'S INITIAL BRIEF

Counsel for Hassan Jones, Defendant-Appellant in this appeal, moves for a 60-day extension of time to and including August 23, 2024, for the filing of his initial brief. This is his first request for an extension. As grounds for this motion, counsel asserts as follows:

1. Following a three-day jury trial in December 2023, Hassan Jones was convicted of conspiracy to possess with intent to distribute marijuana in violation of 21 U.S.C. § 846, possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(a), possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c), possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), and possession of an unregistered firearm in violation of 26 U.S.C. §

1

5861(d). Doc. 99. He was sentenced to serve 540 months in prison. Doc. 99.

2. Presently, Mr. Jones is incarcerated, but he is not serving his federal sentence. He is in state custody pending the resolution of state charges.

3. Mr. Jones's initial brief is due on June 24, 2024. However, counsel requests a 60-day extension of this due date, to and including August 23, 2024, for the filing of Mr. Jones's initial brief for the following reasons: First, Mr. Jones preserved a number of challenges to the gun counts of his superseding indictment under the Second Amendment and *New York State Rifle & Pistol Ass'n, Inc., v. Bruen*, 142 S.Ct. 2111 (2022). The issues were preserved with a motion to dismiss and denied by the district court in an oral order. Doc. 30; Doc. 52. Resolution of these issues may be impacted by the holding of a case pending in the U.S. Supreme Court, *United States v. Rahimi*, ___ S.Ct. ___, 2023 WL 4278450 (No. 22-915)(cert. granted June 30, 2023). In *Rahimi*, the Supreme Court will decide a facial Second Amendment challenge to 18 U.S.C. § 922(g)(8) under *Bruen*'s new methodology that is similar to Mr. Jones's challenges to § 922(g)(1) and the other gun statutes charged in his indictment. The Court's decision in *Rahimi* is expected to, at a minimum, clarify the *Bruen* standard in the context of a challenge to a criminal statute. A decision in *Rahimi* is expected by the end of June, around the same time that Mr. Jones's brief is due. For fairness and to eliminate the need for supplemental briefing in the case, the due date of Mr. Jones's brief should be postponed. Second, a sixty-day extension of the due date is needed because the

2

undersigned counsel will be traveling outside the country from July 10, 2024, through July 25, 2024.

4. Counsel for the Appellee, AUSA Scott A. Gray, consents to this extension of time.

Respectfully Submitted,

s/Kristen Gartman Rogers
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251) 433-0910
(251) 433-0686 (facsimile)
kristen_rogers@fd.org (e-mail)

## CERTIFICATE OF SERVICE

I certify that on May 22, 2024, this motion was served on Assistant United States Attorney Scott A. Gray electronically via the Court's ECF filing system.

s/Kristen Gartman Rogers

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 522 words. This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of

3

Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in Garamond 14-point font.

                                                s/Kristen Gartman Rogers
                                                Assistant Federal Defender
                                                Southern District of Alabama
                                                Federal Defenders Organization
                                                11 North Water Street, Ste 11290
                                                Mobile, AL  36602
                                                (251) 433-0910
                                                Kristen_Rogers@fd.org